ENTRY; Covington

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

Coffman

DOCKET NUMBER *(Tran. Court)*
5:07CR-51-S-2-JBC

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Abdullah Dahleh | EASTERN DISTRICT OF KENTUCKY | Lexington |

NAME OF SENTENCING JUDGE
Honorable Jennifer B. Coffman  **JUDGE GOTTSCHALL**

| DATES OF SUPERVISED RELEASE: | FROM February 28, 2008 | TO February 27, 2011 |
|---|---|---|

OFFENSE

Trafficking/Transporting Contraband Cigarettes Title 18 USC § 2342(a).

**08CR 495**

**MAGISTRATE JUDGE VALDEZ**

RECEIVED
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF KENTUCKY</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/2/08
Date

*Jennifer B. Coffman*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 1 9 2008
Effective Date

United States District Judge

FILED
JUN 23 2008
June 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT