# United States District Court

### Eastern District of Kentucky

## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk



P.O. Box 3074
Lexington, KY
40588-3074

859-233-2503

June 30, 2008

Clerk, United States District Court
Northern District of Illinois
291 South Dearborn Street
Chicago, Illinois 60604

*08cv495*

**FILED**

JUN

JUL X 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

     RE:   USA v. Abdullah M. Dahleh
           Lexington 5:07-cr-51-JBC

Dear Clerk of Court:

     The above styled case has been transferred to your court pursuant to an order transferring the jurisdiction of the defendant's supervised release. Please find enclosed a copy of the Order transferring jurisdiction along with certified copies of the docket sheet, Indictment, Superceding Indictment, Judgment and Commitment Order, and Amended Judgment and Commitment Order.

Our login is: http://156.125.6 and go into case search.

Please note receipt of these documents on the enclosed copy of this memorandum and return it in the enclosed postage-paid envelope.

                    Sincerely,

                    LESLIE G. WHITMER

              BY:   ~~Colleen Dawkins~~ *CD* D.C.
                       Deputy Clerk

Enclosure
cc: all counsel

| Date of Receipt: | Your Case Number: |
| --- | --- |
| | |

# United States District Court
## Eastern District of Kentucky
## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk



P.O. Box 3074
Lexington, KY
40588-3074

859-233-2503

## INSTRUCTION SHEET

## Transfers from the Eastern District of Kentucky to other U.S. District Courts

PDF documents may be accessed with your PACER login at:

https://ecf.kyed.uscourts.gov/cgi-bin/login.pl

To incorporate the documents into your record, either access each document and print them or access each document and save as a PDF document on your local network. The PDF files locally saved may then be posted to your CM/ECF system as attachments to the case initiating document or docket sheet.

Docket entries which do not contain an underlined document are text only entries. There is either a sealed document associated with the entry, which has been transferred as an original paper document or it is a virtual entry with no corresponding electronic or paper original document.

**If you have the ability to accept this case electronically using the CM/ECF transfer software** or you have questions with regard to these instructions, please contact:

Sharon Vrolijk - telephone 859-514-2212
Sharon_K_Vrolijk@kyed.uscourts.gov

If you have a problem accessing a document or need further information regarding the case file, please contact:

Name: Colleen Dawkins

Phone: (859) 514-2211

E-mail: Colleen_Dawkins@kyed.uscourts.gov

AO 245C  (Rev. 12/03) Amended Judgment in a Criminal Case    (NOTE:  Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

_____EASTERN_____    District of    _____KENTUCKY_____

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | |
| ABDULLAH DAHLEH | Case Number:    5:07-CR-51-S-2-JBC |
| | USM Number:    11651-032 |
| **Date of Original Judgment:** July 13, 2007 | Patrick Nash |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

X Recommendation to Bureau of Prisons Added on Motion of Defendant

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant    ☐ 28 U.S.C. § 2255 or
☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

Eastern District of Kentucky
**FILED**

DEC 2 0 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**THE DEFENDANT:**

X pleaded guilty to count(s)    1S

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 2342(a) | Trafficking/Transporting Contraband Cigarettes | 12/28/06 | 1S |

The defendant is sentenced as provided in pages 2 __of__   6_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)    Counts 1, 21-22 of the original    ☐ is   X are dismissed on the motion of the United States.

Indictment and Counts 25 - 28 of the superseding Indictment

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 19, 2007
Date of Imposition of Judgment

*Jennifer B. Coffman*
Signature of Judge

Jennifer B. Coffman, Chief U.S. District Judge
Name and Title of Judge

12/19/07
Date

I certify that this is a true and correct copy of the original filed in my office
LESLIE G WHITMER, CLERK
By Colleen Dawkins    Deputy Clerk
Date JUN 3 0 2008

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___2___ of ___6___

DEFENDANT:        ABDULLAH DAHLEH
CASE NUMBER:     5:07-CR-51-S-2-JBC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term      10 MONTHS

X    The court makes the following recommendations to the Bureau of Prisons:
That the defendant be incarcerated as close as possible to Chicago, Illinois.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____    ☐ a.m.    ☐ p.m.    on _____

   ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245C   (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page __3__ of __6__

DEFENDANT:   ABDULLAH DAHLEH
CASE NUMBER:   5:07-CR-51-S-2-JBC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   3 YEARS

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
           Sheet 3C — Supervised Release                                        (NOTE: Identify Changes with Asterisks (*))

Judgment—Page ___4___ of ___6___

DEFENDANT:        ABDULLAH DAHLEH
CASE NUMBER:      5:07-CR-51-S-2-JBC

## SPECIAL CONDITIONS OF SUPERVISION

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection if the offense of conviction is a felony.

*ACKNOWLEDGMENT*

*Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.*

*These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.*

(Signed) _____

    *(Defendant)*                                              *Date*

    *U. S. Probation Officer/Designated Witness*            *Date*

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties                                                                (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___5___ of _____6_____

DEFENDANT:          ABDULLAH DAHLEH
CASE NUMBER:     5:07-CR-51-S-2-JBC

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $  -0- | $  -0- |

☐  The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐  the interest requirement is waived for    ☐  fine    ☐  restitution.

    ☐  the interest requirement for    ☐  fine    ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev. 12/03) Amended Judgment in a Criminal Case
        Sheet 6 — Schedule of Payments                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page   6   of   6  

DEFENDANT:     ABDULLAH DAHLEH
CASE NUMBER:  5:07-CR-51-S-2-JBC

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   X   Lump sum payment of $ __100.00__ due immediately, balance due

       ☐ not later than _____ , or
       ☐ in accordance with  ☐ C,  ☐ D  ☐ E, or  ☐ F below; or

**B**   ☐  Payment to begin immediately (may be combined with  ☐ C,    ☐ D, or  ☐ F below); or

**C**   ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E**   ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   X  Special instructions regarding the payment of criminal monetary penalties:

      Payment to be made to:
      United States District Court Clerk
      P. O. Box 3074
      Lexington, KY 40588-3074

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and
    corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

&AO 245B    (Rev. 06/05) Judgment in a Criminal Case
          Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN                              District of                    KENTUCKY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

**V.**

ABDULLAH DAHLEH

Case Number:        5:07-CR-51-S-2-JBC

USM Number:        11651-032

Patrick Nash
Defendant's Attorney

*Eastern District of Kentucky*
**FILED**

JUL 18 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

## THE DEFENDANT:

X pleaded guilty to count(s)    1S

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense | Count |
|---|---|---|---|
| 18 USC § 2342(a) | Trafficking/Transporting Contraband Cigarettes | 12/28/06 | 1S |

   The defendant is sentenced as provided in pages 2 through    **6**    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)    Counts 1, 21-22 of the original    ☐ is    X are  dismissed on the motion of the United States.
          Indictment and Counts 25 - 28 of the superseding Indictment
   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 13, 2007
Date of Imposition of Judgment

*Jennifer B. Coffman*
Signature of Judge

Jennifer B. Coffman, U.S. District Judge
Name and Title of Judge

7/18/07
Date



AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:         ABDULLAH DAHLEH
CASE NUMBER:       5:07-CR-51-S-2-JBC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    10 MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
                Sheet 3 — Supervised Release

|  | Judgment—Page | 3 | of | 6 |

DEFENDANT:        ABDULLAH DAHLEH
CASE NUMBER:      5:07-CR-51-S-2-JBC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    3 YEARS

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
    future substance abuse. (Check, if applicable.)

X    **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
    student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:      ABDULLAH DAHLEH
CASE NUMBER:    5:07-CR-51-S-2-JBC

## SPECIAL CONDITIONS OF SUPERVISION

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection if the offense of conviction is a felony.

### *ACKNOWLEDGMENT*

*Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.*

*These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.*

(Signed) _____
       *(Defendant)*                                      *Date* _____

_____
    *U. S. Probation Officer/Designated Witness*       *Date* _____

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
       Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page ___5___ of ___6___ |
|---|---|

DEFENDANT:       ABDULLAH DAHLEH
CASE NUMBER:   5:07-CR-51-S-2-JBC

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ -0- | $ -0- |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| **TOTALS** | $ _____ 0 | $ _____ 0 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:      ABDULLAH DAHLEH
CASE NUMBER:    5:07-CR-51-S-2-JBC

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X   Lump sum payment of $ __100.00__ due immediately, balance due

☐ not later than _____ , or
☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**  ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X   Special instructions regarding the payment of criminal monetary penalties:

Payment to be made to:
United States District Court Clerk
P. O. Box 3074
Lexington, KY 40588-3074

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT

Eastern District of Kentucky
**FILED**

EASTERN DISTRICT OF KENTUCKY

CENTRAL DIVISION

MAY 0 3 2007

LEXINGTON

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                        **INDICTMENT NO. 07-51-S-JBC**

**JAMAL ADIL MAKHLOUF,**
**ABDULLAH MUMMAD DAHLEH,**
**SALAH MFAREJ, and**
**HASNA I.T. DAHLA,**
        **aka HASNAH MAHMUD DAHLEH**

\*  \*  \*  \*  \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2342(a)**
**18 U.S.C. § 2**

On or about December 28, 2006, in Fayette County, in the Eastern District of

Kentucky,

**JAMAL ADIL MAKHLOUF and**
**ABDULLAH MUMMAD DAHLEH,**

aiding and abetting each other, knowingly transported, received, possessed, and

purchased contraband cigarettes, that is, a quantity in excess of 10,000 cigarettes, which

bore no evidence of the payment of applicable State cigarette taxes in the State of

Kentucky, all in violation of 18 U.S.C. § 2342(a) and 18 U.S.C. § 2.

## COUNTS 2-13
### 18 U.S.C. § 2342(a)

On or about the dates listed below, in Fayette County, in the Eastern District of

Kentucky,

### JAMAL ADIL MAKHLOUF

knowingly transported, received, possessed, and purchased contraband cigarettes, that is,

a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of

applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
|-------|------|
| 2 | January 3, 2007 |
| 3 | January 6, 2007 |
| 4 | January 10, 2007 |
| 5 | January 13, 2007 |
| 6 | January 17, 2007 |
| 7 | January 23, 2007 |
| 8 | February 3, 2007 |
| 9 | February 7, 2007 |
| 10 | February 10, 2007 |
| 11 | February 20, 2007 |
| 12 | February 25, 2007 |
| 13 | February 28, 2007 |

Each in violation of 18 U.S.C. § 2342(a).

2

## COUNTS 14-24
### 18 U.S.C. § 2342(a)
### 18 U.S.C. § 2

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky,

### JAMAL ADIL MAKHLOUF and
### SALAH MFAREJ,

aiding and abetting each other, knowingly transported, received, possessed, and purchased contraband cigarettes, that is, a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
|-------|------|
| 14 | March 3, 2007 |
| 15 | March 7, 2007 |
| 16 | March 10, 2007 |
| 17 | March 13, 2007 |
| 18 | March 15, 2007 |
| 19 | March 20, 2007 |
| 20 | March 24, 2007 |
| 21 | April 12, 2007 |
| 22 | April 16, 2007 |
| 23 | April 20, 2007 |
| 24 | April 25, 2007 |

Each in violation of 18 U.S.C. § 2342(a) and 18 U.S.C. § 2.

3

## COUNTS 25-26
## 18 U.S.C. § 2342(a)

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky,

## ABDULLAH MUMMAD DAHLEH

knowingly transported, received, possessed, and purchased contraband cigarettes, that is, a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
|-------|------|
| 25 | January 17, 2007 |
| 26 | February 20, 2007 |

Each in violation of 18 U.S.C. § 2342(a).

## COUNTS 27-28
## 18 U.S.C. § 2342(a)
## 18 U.S.C. § 2

On or about the dates listed below, in Fayette County, in the Eastern District of Kentucky,

## ABDULLAH MUMMAD DAHLEH and
## HASNA I.T. DAHLA,
## aka HASNAH MAHMUD DAHLEH,

aiding and abetting each other, knowingly transported, received, possessed, and purchased contraband cigarettes, that is, a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of applicable State cigarette taxes in the State of

4

Kentucky.

| COUNT | DATE |
|-------|------|
| 27 | April 17, 2007 |
| 28 | April 30, 2007 |

Each in violation of 18 U.S.C. § 2342(a) and 18 U.S.C. § 2.

A TRUE BILL

FOREPERSON

**AMUL R. THAPAR**
**UNITED STATES ATTORNEY**

## <u>PENALTIES</u>

**COUNTS 1-28:**    Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.

6

No. 07-51-S-JBC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

v.

JAMAL A. MAKHLOUF,
ABDULLAH M. DAHLEH,
SALAH MFAREJ, and
HASNA I.T. DAHLA,
aka HASNAH MAHMUD DAHLEH

INDICTMENT

18/2342(a) - transporting contraband cigarettes, 28 counts

A TRUE BILL

Filed in Open Court on May 3, 2007

CLERK    Eastern District of Kentucky

FILED

MAY 0 3 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Bail, $

I certify that this is a true and correct
copy of the original filed in my office
LESLIE G. WHITMER, CLERK
by Colleen Dawkins
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED

APR 0 5 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 07cr 51-JBC

JAMAL A. MAKHLOUF and
ABDULLAH M. DAHLEH

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2342(a)
### 18 U.S.C. § 2

On or about December 28, 2006, in Fayette County, in the Eastern District of

Kentucky,

### JAMAL A. MAKHLOUF and
### ABDULLAH M. DAHLEH,

aiding and abetting each other, knowingly transported, received, possessed, and

purchased contraband cigarettes, that is, a quantity in excess of 10,000 cigarettes, which

bore no evidence of the payment of applicable State cigarette taxes in the State of

Kentucky, all in violation of 18 U.S.C. § 2342(a) and 18 U.S.C. § 2.

### COUNTS 2-20
### 18 U.S.C. § 2342(a)

On or about the dates listed below, in Fayette County, in the Eastern District of

Kentucky,

## JAMAL A. MAKHLOUF

knowingly transported, received, possessed, and purchased contraband cigarettes, that is,

a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of

applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
| --- | --- |
| 2 | January 3, 2007 |
| 3 | January 6, 2007 |
| 4 | January 10, 2007 |
| 5 | January 13, 2007 |
| 6 | January 17, 2007 |
| 7 | January 23, 2007 |
| 8 | February 3, 2007 |
| 9 | February 7, 2007 |
| 10 | February 10, 2007 |
| 11 | February 20, 2007 |
| 12 | February 25, 2007 |
| 13 | February 28, 2007 |
| 14 | March 3, 2007 |
| 15 | March 7, 2007 |
| 16 | March 10, 2007 |
| 17 | March 13, 2007 |
| 18 | March 15, 2007 |
| 19 | March 20, 2007 |

| 20 | March 24, 2007 |

Each in violation of 18 U.S.C. § 2342(a).

## COUNTS 21-22
### 18 U.S.C. § 2342(a)

On or about the dates listed below, in Fayette County, in the Eastern District of

Kentucky,

### ABDULLAH M. DAHLEH

knowingly transported, received, possessed, and purchased contraband cigarettes, that is,

a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of

applicable State cigarette taxes in the State of Kentucky.

| COUNT | DATE |
|-------|------|
| 21 | January 17, 2007 |
| 22 | February 20, 2007 |

Each in violation of 18 U.S.C. § 2342(a).

**A TRUE BILL**


**FOREPERSON**



**AMUL R. THAPAR**
**UNITED STATES ATTORNEY**


3

## **PENALTIES**

**COUNTS 1-22:**    Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.

No. 07CR51-JBC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

## UNITED STATES OF AMERICA

v.

## JAMAL A. MAKHLOUF and
## ABDULLAH M. DAHLEH

# INDICTMENT

18/2342(a) - transporting contraband cigarettes, 22 counts

A TRUE BILL

FOREPERSON

Filed in Open Court on April 5, 2007

CLERK

Bail, $

Eastern District of Kentucky
FILED
APR 0 5 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT


I certify that this is a true and correct
copy of the original filed in my office
Leslie G Whitmer, Clerk
Colleen Dawkins
JUN 3 0 2008

INTERP, TERMED

# U.S. District Court
## Eastern District of Kentucky (Lexington)
## CRIMINAL DOCKET FOR CASE #: 5:07-cr-00051-JBC All Defendants
## Internal Use Only

Case title: USA v. Makhlouf, et. al.                     Date Filed: 04/05/2007
Magistrate judge case numbers: 5:07-mj-05079-JBT          Date Terminated: 01/18/2008
                               5:07-mj-05085-JBT

---

Assigned to: Judge Jennifer B Coffman

### Defendant (1)

**Jamal A. Makhlouf**              represented by   **Derek G. Gordon**
*TERMINATED: 01/18/2008*                            Anggelis & Gordon, PLLC
                                                    231 Lexington Ave
                                                    Lexington, KY 40508
                                                    859-255-7761
                                                    Fax: 859-255-0011
                                                    Email: maryjm@insightbb.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

### Pending Counts                                  ### Disposition

18:2342(a) TRAFFICKING IN                           12 MOS AND 1 DAY IMPR, 2 YRS.
CONTRABAND CIGARETTES                                SUPER./REL., $100.00 SPECIAL
(1s)                                                ASSESSMENT, $5,490.00
                                                    RESTITUTION

### Highest Offense Level (Opening)

Felony

### Terminated Counts                               ### Disposition

18:2342(a)
TRAFFICKING/TRANSPORTING                            DISMISSED ON MOTION OF
CONTRABAND CIGARETTES                                UNITED STATES
(1-20)

18:2342(a) TRAFFICKING IN                           DISMISSED ON MOTION OF
CONTRABAND CIGARETTES                                UNITED STATES
(2s-24s)

### Highest Offense Level (Terminated)

I certify that this is a true and correct
copy of the original filed in my office
LESLIE G. WHITMER, CLERK
By Colleen Dawkins
Deputy Clerk
Date JUN 3 0 2008

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Jennifer B Coffman

**Defendant (2)**

**Abdullah M. Dahleh**
*TERMINATED: 07/18/2007*

represented by **Patrick F. Nash**
129 W. Short Street
Lexington, KY 40507
859-254-3232
Fax: 859-225-4746
Email: firstfloorlaw@alltel.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:2342(a) TRAFFICKING IN
CONTRABAND CIGARETTES
(1s)

**Disposition**

10 MOS IMPR, 3 YRS. SUPER./REL.,
$100.00 SPECIAL ASSESSMENT

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2342(a)
TRAFFICKING/TRANSPORTING
CONTRABAND CIGARETTES
(1)

18:2342(a)
TRAFFICKING/TRANSPORTING
CONTRABAND CIGARETTES
(21-22)

18:2342(a) TRAFFICKING IN
CONTRABAND CIGARETTES
(25s-28s)

**Disposition**

DISMISSED ON MOTION OF
UNITED STATES

DISMISSED ON MOTION OF
UNITED STATES

DISMISSED ON MOTION OF
UNITED STATES

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

Assigned to: Judge Jennifer B Coffman

### Defendant (3)

**Salah Mfarej**
*TERMINATED: 01/18/2008*

represented by **Benjamin P. Hicks**
Reinhardt & Associates PLLC -
Lexington
449 Lewis Hargett Circle
Suite 210
Lexington, KY 40503
859-277-7100
Fax: 859-277-0070
Email: bph@qx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2342(a) TRAFFICKING IN CONTRABAND CIGARETTES (14) | 15 MOS ON EACH OF COUNTS 14-24, TO BE SERVED CONCURRENTLY FOR A TOTAL TERM OF 15 MOS IMPR, 3 YRS. SUPER./REL. ON EACH OF COUNTS 14-24 TO BE SERVED CONCURRENTLY, FOR A TOTAL TERM OF 3 YRS. SUPER./REL., $100.00 SPECIAL ASSESSMENT ON EACH OF COUNTS 14-24 FOR A TOTAL OF $1,100.00 SPECIAL ASSESSMENT |
| 18:2342(a) TRAFFICKING IN CONTRABAND CIGARETTES (15-24) | 15 MOS ON EACH OF COUNTS 14-24, TO BE SERVED CONCURRENTLY FOR A TOTAL TERM OF 15 MOS IMPR, 3 YRS. SUPER./REL. ON EACH OF COUNTS 14-24 TO BE SERVED CONCURRENTLY, FOR A TOTAL TERM OF 3 YRS. SUPER./REL., $100.00 SPECIAL ASSESSMENT ON EACH OF COUNTS 14-24 FOR A TOTAL OF $1,100.00 SPECIAL ASSESSMENT |

### Highest Offense Level (Opening)

Felony

**Terminated Counts**                                          **Disposition**

None


**Highest Offense Level (Terminated)**

None


**Complaints**                                                **Disposition**

18:371 & 2342(a) CONSPIRACY TO
DEFRAUD THE UNITED STATES;
TRAFFICKING IN CONTRABAND
CIGARETTES

---

Assigned to: Judge Jennifer B Coffman


**Defendant (4)**

**Hasna I.T. Dahla**                    represented by   **Andrew M. Stephens**
*TERMINATED: 07/06/2007*                                 107 Church Street
*also known as*                                          Suite 200
Hasnah Mahmud Dahleh                                      Lexington, KY 40507
*TERMINATED: 07/06/2007*                                 859-233-2232
                                                         Fax: 859-254-3992
                                                         Email: anmastphysh@aol.com
                                                         *TERMINATED: 05/04/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

                                                         **Christopher A. Spedding**
                                                         2560 Richmond Road
                                                         Suite 101
                                                         Lexington, KY 40509
                                                         859-255-0050
                                                         Fax: 859-255-0030
                                                         Email: chris@speddinglawoffice.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*

                                                         **T. Scott White**
                                                         Morgan & Pottinger, P.S.C. - Lexington

                                                         133 W. Short Street
                                                         Lexington, KY 40507-1395
                                                         859-226-5288
                                                         Fax: 859-255-2038
                                                         Email: tsw@morganandpottinger.com
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:2342(a) TRAFFICKING IN
CONTRABAND CIGARETTES
(27-28)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

18:371 & 18:2342 CONSPIRE TO
DEFRAUD THE UNITED STATE -
TRAFFICKING IN CONTRABAND
CIGARETTES

**Disposition**

**Disposition**

**Disposition**

DISMISSED ON MOTION OF
UNITED STATES

**Disposition**

---

**Plaintiff**

**USA**                             represented by **John Patrick Grant**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
859-685-4904
Fax: 859-233-2658
Email: John.Patrick.Grant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | ◑1 | INDICTMENT as to Jamal A. Makhlouf (1) count(s) 1-20, Abdullah M. Dahleh (2) count(s) 1, 21-22. Unsealed per 9 Order granting 8 motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/06/2007) |
| 04/05/2007 | ◑2 | MOTION for Order to Seal Indictment, this Motion and Subsequent Pleadings by USA as to Jamal A. Makhlouf, Abdullah M. Dahleh. Unsealed |

| | | per <u>9</u> Order granting <u>8</u> motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/06/2007) |
|---|---|---|
| 04/05/2007 | ◑<u>3</u> | MOTION for ARREST Warrant by USA as to Jamal A. Makhlouf. Unsealed per <u>9</u> Order granting <u>8</u> motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/06/2007) |
| 04/05/2007 | ◑<u>4</u> | MOTION for ARREST Warrant by USA as to Abdullah M. Dahleh. Unsealed per <u>9</u> Order granting <u>8</u> motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/06/2007) |
| 04/05/2007 | ◑<u>5</u> | ORDER granting <u>2</u> Motion for Order to seal indictment, motion and subsequent pleadings as to Jamal A. Makhlouf (1), Abdullah M. Dahleh (2). Signed by Judge Karl S. Forester. cc: USA. Unsealed per <u>9</u> Order granting <u>8</u> motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/06/2007) |
| 04/05/2007 | | (Court only) SEALED ORDER as to Jamal A. Makhlouf, Motions terminated as to Jamal A. Makhlouf. Signed by Judge Karl S. Forester. (Entered: 04/06/2007) |
| 04/05/2007 | | (Court only) SEALED DOCUMENT in case as to Jamal A. Makhlouf. Signed by Judge Karl S. Forester. (Entered: 04/06/2007) |
| 04/05/2007 | | (Court only) SEALED ORDER as to Abdullah M. Dahleh, Motions terminated as to Abdullah M. Dahleh . Signed by Judge Karl S. Forester. (Entered: 04/06/2007) |
| 04/05/2007 | | (Court only) SEALED DOCUMENT in case as to Abdullah M. Dahleh. Signed by Judge Karl S. Forester. (Entered: 04/06/2007) |
| 04/05/2007 | ◑<u>12</u> | ORDER as to Jamal A. Makhlouf re <u>3</u> MOTION for ARREST Warrant by USA filed by USA . Signed by Judge Karl S. Forester. (LKM)cc: COR, USM, USP (Entered: 05/03/2007) |
| 04/05/2007 | ◑<u>13</u> | ORDER as to Abdullah M. Dahleh re <u>4</u> MOTION for ARREST Warrant by USA filed by USA . Signed by Judge Karl S. Forester. (LKM)cc: COR, USM, USP (Entered: 05/03/2007) |
| 04/06/2007 | ◑ | Conflict Check run. (Entered: 04/06/2007) |
| 04/26/2007 | ◑ | Arrest of Jamal A. Makhlouf (Entered: 04/26/2007) |
| 04/26/2007 | ◑<u>6</u> | MINUTE ENTRY FOR INITIAL APPEARANCE as to Jamal A. Makhlouf held on 4/26/2007 before Judge James B Todd, dft qualifies for CJA atty, Derek Gordon appt'd, oral motion for pretrial detention, Detention Hearing set for 5/1/2007 03:00 PM in Lexington before James B Todd, Arraignment set for 5/1/2007 03:00 PM in Lexington before James B Todd, dft remanded to custody of USM(COURT REPORTER: ANN BANTA) cc: COR, USM, USP, D, CJA. Unsealed per <u>9</u> Order granting <u>8</u> motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/26/2007) |
| 04/26/2007 | ◑ | ORAL MOTION for pretrial detention of Jamal A. Makhlouf by USA |

| | | |
|---|---|---|
| | | (Entered: 04/26/2007) |
| 04/26/2007 | ◑7 | CJA 23 Financial Affidavit by Jamal A. Makhlouf. Unsealed per 9 Order granting 8 motion to unseal case. attachment added and text modified on 5/3/2007 (Moore, Lisa). (Entered: 04/26/2007) |
| 04/26/2007 | ◑1 | COMPLAINT as to Salah Mfarej (1). (Attachments: # 1 Affidavit of SA Jesse Hooker) (LKM) [5:07-mj-05079-JBT] (Entered: 04/26/2007) |
| 04/26/2007 | | (Court only) SEALED DOCUMENT in case as to Salah Mfarej. . Signed by Judge James B Todd. (LKM) [5:07-mj-05079-JBT] (Entered: 04/26/2007) |
| 04/26/2007 | ◑ | Arrest of Salah Mfarej (LKM) [5:07-mj-05079-JBT] (Entered: 04/26/2007) |
| 04/26/2007 | ◑ | Conflict Check run. (LKM) [5:07-mj-05079-JBT] (Entered: 04/26/2007) |
| 04/26/2007 | ◑2 | CJA 23 Financial Affidavit by Salah Mfarej (LKM) [5:07-mj-05079-JBT] (Entered: 04/26/2007) |
| 04/26/2007 | ◑3 | MINUTE ENTRY FOR INITIAL APPEARANCE as to Salah Mfarej held on 4/26/2007 before Judge James B Todd, dft qualifies for CJA atty, oral motion for pretrial detention GRANTED, dft not eligible for release as ICE has lodged a detainer against dft, ORDERED: (1) Preliminary Examination set for 5/4/2007 09:30 AM in Lexington before James B Todd; (2) attorney Benjamin P. Hicks appt'd as counsel for Salah Mfarej; (3) dft remanded to custody. (COURT REPORTER: ANN BANTA) (LKM)cc: COR, USM, USP, CJA, D [5:07-mj-05079-JBT] (Entered: 04/26/2007) |
| 04/30/2007 | ◑5 | CJA 20 APPOINTMENT OF COUNSEL as to Salah Mfarej; Benjamin Hicks appointed as counsel of record . Signed by Judge James B Todd. (LKM)cc: USP [5:07-mj-05079-JBT] (Entered: 05/03/2007) |
| 05/01/2007 | ◑8 | MOTION to Unseal Case by USA as to Jamal A. Makhlouf, Abdullah M. Dahleh. (LKM) (Entered: 05/02/2007) |
| 05/01/2007 | ◑9 | ORDER granting 8 Motion to Unseal Case as to Jamal A. Makhlouf (1), Abdullah M. Dahleh (2). Signed by Judge James B Todd. (LKM)cc: COR,USM,USP (Entered: 05/02/2007) |
| 05/01/2007 | ◑14 | CJA 23 Financial Affidavit by Abdullah M. Dahleh (LKM) (Entered: 05/03/2007) |
| 05/01/2007 | ◑15 | ORDER Setting Conditions of Release as to Jamal A. Makhlouf (1) OR . Signed by Judge James B Todd. (LKM)cc: COR, USM, USP (Entered: 05/03/2007) |
| 05/01/2007 | ◑ | Arrest of Abdullah M. Dahleh (LKM) (Entered: 05/03/2007) |
| 05/01/2007 | ◑4 | ARREST Warrant Returned Executed on 4/26/2007. in case as to Salah Mfarej. (LKM) [5:07-mj-05079-JBT] (Entered: 05/02/2007) |
| 05/01/2007 | ◑1 | COMPLAINT as to Hasna I.T. Dahla (1). (Attachments: # 1 Affidavit of SA Jesse R. Hooker) (LKM) [5:07-mj-05085-JBT] (Entered: 05/02/2007) |

| 05/01/2007 | | (Court only) SEALED DOCUMENT in case as to Hasna I.T. Dahla. Signed by Judge James B Todd. (LKM) [5:07-mj-05085-JBT] (Entered: 05/02/2007) |
|---|---|---|
| 05/01/2007 | ◐ 2 | CJA 23 Financial Affidavit by Hasna I.T. Dahla (LKM) [5:07-mj-05085-JBT] (Entered: 05/02/2007) |
| 05/01/2007 | ◐ | Arrest of Hasna I.T. Dahla (LKM) [5:07-mj-05085-JBT] (Entered: 05/02/2007) |
| 05/01/2007 | ◐ 3 | ORDER re:INITIAL APPEARANCE as to Hasna I.T. Dahla held on 5/1/2007 before Judge James B Todd, dft advised of rights, financial afdt indicates she qualifies for CJA atty, oral motion for pretrial detention, ORDERED: (1) Detention Hearing set for 5/4/2007 11:00 AM in Lexington before James B Todd; (2) Preliminary Examination set for 5/4/2007 09:30 AM in Lexington before James B Todd; (3) Andrew Stephens appt'd as counsel for dft; (4) dft remanded to custody of USM (COURT REPORTER: BARBARA McDERMOTT)(INTERPRETER: SALWA A. ELSHAZLY). (LKM)cc: COR, USM, USP, D, CJA [5:07-mj-05085-JBT] (Entered: 05/02/2007) |
| 05/01/2007 | ◐ | ORAL MOTION by USA for pretrial detention as to defendant Hasna I.T. Dahla. (LKM) (Entered: 05/04/2007) |
| 05/02/2007 | ◐ 16 | MINUTE ENTRY FOR ARRAIGNMENT as to Jamal A. Makhlouf (1) held on 5/1/2007 before Judge James B Todd, oral motion to unseal case granted, USA withdrew motion for detention, dft released on his Own Recognizance, dft WFA/PNG to all counts, Pretrial Conference set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman, Jury Trial set for 7/9/2007 09:00 AM in Lexington before Jennifer B Coffman (3 days), dft to remain on bond(COURT REPORTER: BARBARA McDERMOTT) (LKM)cc: COR, USM, USP, D, JC (Entered: 05/03/2007) |
| 05/02/2007 | ◐ 17 | MINUTE ENTRY FOR INITIAL APPEARANCE/ARRAIGNMENT as to Abdullah M. Dahleh (2) held on 5/1/2007, as to Abdullah M. Dahleh before Judge James B Todd, dft qualifies for CJA attorney, Patrick Nash present and appointed as counsel for dft, oral motion to unseal case granted, USA advised dft not eligible for pretrial release, detainer lodged, dft requested a detention hearing on this matter, Detention Hearing set for 5/4/2007 02:30 PM in Lexington before James B Todd, dft WFA/PNG, Jury Trial set for 7/9/2007 09:00 AM in Lexington before Jennifer B Coffman (3 days), Pretrial Conference set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman, dft remanded to custody of USM (COURT REPORTER: BARBARA McDERMOTT)(INTERPRETER: SALWA A. ELSHAZLY). (LKM)cc: COR, USM, USP, D, CJA, JC (Entered: 05/03/2007) |
| 05/02/2007 | ◐ 18 | GENERAL ORDER OF DISCOVERY as to Jamal A. Makhlouf, Abdullah M. Dahleh . Signed by Judge James B Todd. (LKM)CC: COR (Entered: 05/03/2007) |
| 05/02/2007 | ◐ 19 | ORDER re:DETENTION HEARING as to Jamal A. Makhlouf held on 5/1/2007 before Judge James B Todd, USA withdraws its motion for |

| | | |
|---|---|---|
| | | pretrial detention, ORDERED: (1) oral motion for pretrial detention of dft Jamal Makhlouf is WITHDRAWN; (2) dft released on his own recognizance and other conditions of release set out in a separate order of release entered herein. (COURT REPORTER: BARBARA McDERMOTT) (LKM)cc: COR, USM, USP (Entered: 05/03/2007) |
| 05/02/2007 | ● | ORAL MOTION for pretrial detention of defendant Adbullah Dahleh by USA (LKM) (Entered: 05/03/2007) |
| 05/02/2007 | ● | Conflict Check run. (LKM) [5:07-mj-05085-JBT] (Entered: 05/02/2007) |
| 05/02/2007 | ● 34 | CJA 20 APPOINTMENT OF COUNSEL as to Hasna I.T. Dahla; Andrew Stephens appointed as counsel of record (LKM)cc: USP (Entered: 05/07/2007) |
| 05/02/2007 | ● 35 | CJA 20 APPOINTMENT OF COUNSEL as to Abdullah M. Dahleh; Patrick Nash appointed as counsel of record (LKM)cc: USP (Entered: 05/07/2007) |
| 05/03/2007 | ● 10 | NOTICE *of Request to Cancel Detention Hearing* (Nash, Patrick) (Entered: 05/03/2007) |
| 05/03/2007 | ● 11 | NOTICE OF SERVICE of DOCUMENTS to ALL COUNSEL OF RECORD: PLEADING PREVIOUSLY SEALED AND NOW UNSEALED PURSUANT TO re 9 Order on Motion to Unseal Case as to both defendants. Unsealed documents attached to docket entries by docket clerk. All unsealed documents are attached to this entry. (Attachments: # 1 Motion to Seal# 2 Motion for Warrant as to Jamal Makhlouf# 3 Motion for Warrant for Abdullah M. Dahleh# 4 Order granting motion to seal# 5 Minute Entry as to Jamal Makhlouf# 6 Financial Affidavit by Jamal Makhlouf)(LKM) (Entered: 05/03/2007) |
| 05/03/2007 | ● 20 | ORDER as to Abdullah M. Dahleh re ORAL MOTION for pretrial detention, the defendant having filed a notice requesting cancellation of detention hearing and the court being advised that a detainer has been lodged against dft, it is ORDERED: (1) detention hearing set for 5/4/07 is SET ASIDE; (2) motion of USA for pretrial detention of dft Adbullah Dahleh is GRANTED and dft shall remain in custody of USM. Signed by Judge James B Todd. (LKM)cc: COR, USM, USP, D (Entered: 05/03/2007) |
| 05/03/2007 | ● 21 | INDICTMENT as to Jamal A. Makhlouf (1) count(s) 1s-24s, Abdullah M. Dahleh (2) count(s) 1s, 25s-28s, Salah Mfarej (3) count(s) 14-24, Hasna I.T. Dahla (4) count(s) 27-28. (LKM) (Entered: 05/03/2007) |
| 05/03/2007 | ● 22 | MOTION for Arraignment by USA as to Jamal A. Makhlouf, Abdullah M. Dahleh, Salah Mfarej, Hasna I.T. Dahla. (LKM) (Entered: 05/03/2007) |
| 05/03/2007 | ● | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Jamal A. Makhlouf, Abdullah M. Dahleh, Salah Mfarej, Hasna I.T. Dahla re 22 MOTION for Arraignment (LKM) (Entered: 05/03/2007) |
| 05/03/2007 | ● 27 | ARREST Warrant Returned Executed on 4/30/2007. in case as to Abdullah M. Dahleh. (LKM) (Entered: 05/04/2007) |
| | | |

| 05/04/2007 | 23 | REQUEST FOR DISCOVERY by Abdullah M. Dahleh *BRADY EVIDENCE* (Nash, Patrick) (Entered: 05/04/2007) |
|---|---|---|
| 05/04/2007 | 24 | NOTICE of Intent to Use Evidence by Abdullah M. Dahleh *RULE 404(b) EVIDENCE* (Nash, Patrick) (Entered: 05/04/2007) |
| 05/04/2007 | 25 | REQUEST FOR DISCOVERY by Abdullah M. Dahleh *UNDER RULE 16 (a)* (Nash, Patrick) (Entered: 05/04/2007) |
| 05/04/2007 | 26 | MOTION for Jencks Act material as to Abdullah M. Dahleh. (Attachments: # 1 Proposed Order)(Nash, Patrick) (Entered: 05/04/2007) |
| 05/04/2007 | 28 | MINUTE ENTRY FOR ARRAIGNMENT as to Hasna I.T. Dahla (4) 8 held on 5/4/2007 before Judge James B Todd, attorneys T. Scott White and Christopher A. Spedding appeared as retained counsel for Hasna I.T. Dahla, Mr. Spedding advised he would be submitting his application for admission to practice in the EDKY, Attorney Andrew M. Stephens terminated in case as to Hasna I.T. Dahla, Pretrial Conference set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman, Jury Trial set for 7/9/2007 09:00 AM in Lexington before Jennifer B Coffman (3 days), USA withdraws its motion for pretrial detention, defendant released on her Own Recognizance (COURT REPORTER: CINDY OAKES)(INTERPRETER: SALWA A. ELSHAZLY). (LKM)cc: COR, USM, USP, D, JC, CJA (Entered: 05/04/2007) |
| 05/04/2007 | 29 | GENERAL ORDER OF DISCOVERY as to Hasna I.T. Dahla . Signed by Judge James B Todd. (LKM)cc: COR (Entered: 05/04/2007) |
| 05/04/2007 | 30 | ORDER Setting Conditions of Release as to Hasna I.T. Dahla (4) OR . Signed by Judge James B Todd. (LKM)cc: COR, USM, USP (Entered: 05/04/2007) |
| 05/04/2007 | 31 | NOTICE OF MANDATORY ECF DIRECTED TO Christopher Spedding, non-registered attorney re 30 Order Setting Conditions of Release, 29 Order, 28 Arraignment Minutes had to be mailed to non-registered, which is in direct violation of this court's General Orders re: Mandatory ECF. *Failure to comply will result in this matter being submitted to the Chief Judge.* cc: COR (LKM) (Entered: 05/04/2007) |
| 05/04/2007 | 32 | ARREST Warrant Returned Executed on 4/30/2007. in case as to Hasna I.T. Dahla. (LKM) (Entered: 05/04/2007) |
| 05/04/2007 | 33 | ORDER as to Jamal A. Makhlouf, Abdullah M. Dahleh, Salah Mfarej re 22 MOTION for Arraignment filed by USA, ORDERED that this matter is set for Arraignment Tuesday, 5/8/2007 09:00 AM in Lexington before James B Todd. Signed by Judge James B Todd. (LKM)cc: COR, USM, USP, D (Entered: 05/04/2007) |
| 05/07/2007 |  | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Abdullah M. Dahleh re 26 MOTION for Jencks Act material (LKM) (Entered: 05/07/2007) |
| 05/07/2007 | 36 | ORDER as to Jamal A. Makhlouf, Abdullah M. Dahleh, Salah Mfarej that Arraignment set for 5/8/2007 is SET ASIDE; this matter is reassigned for |

| | | |
|---|---|---|
| | | Arraignment on Friday, 5/11/2007 09:00 AM in Lexington before James B Todd. Signed by Judge James B Todd. (LKM)cc: COR, USM, USP, D (Entered: 05/07/2007) |
| 05/08/2007 | 🌐 | NOTICE OF DOCKET MODIFICATION TO C. Spedding re 31 ECF Mandatory Notice; Error: Notice of Mandatory Electronic Case Filing sent in error by Clerk. Attorney directed to disregard Mandatory Notice. cc: COR (LKM) (Entered: 05/08/2007) |
| 05/08/2007 | 🌐 37 | NOTICE TO ATTORNEY Christopher A. Spedding by Clerk re: L.R. 57 - Attorney Admission procedure w/ a copy of L.R. 57 and Attorney Admission Application (LKM) (Entered: 05/08/2007) |
| 05/11/2007 | 🌐 38 | MINUTE ENTRY FOR ARRAIGNMENT as to Salah Mfarej (3) held on 5/11/2007 before Judge James B Todd, WFA/PNG, Jury Trial set for 7/9/2007 09:00 AM in Lexington before Jennifer B Coffman (3 days); Pretrial Conference set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman, dft to remain in custody (COURT REPORTER: ANN BANTA) (LKM)cc: COR, USM, USP, D, JC (Entered: 05/11/2007) |
| 05/11/2007 | 🌐 39 | MINUTE ENTRY FOR ARRAIGNMENT as to Jamal A. Makhlouf (1) held on 5/11/2007 before Judge James B Todd, dft WFA/PNG, Jury Trial set for 7/9/2007 09:00 AM in Lexington before Jennifer B Coffman (3 days); Pretrial Conference set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman; dft to remain on bond (COURT REPORTER: ANN BANTA) (LKM)cc: COR, USM, USP, D, JC (Entered: 05/11/2007) |
| 05/11/2007 | 🌐 40 | MINUTE ENTRY FOR ARRAIGNMENT as to Abdullah M. Dahleh (2) held on 5/11/2007 before Judge James B Todd, dft WFA/PNG, Jury Trial set for 7/9/2007 09:00 AM in Lexington before Jennifer B Coffman (3 days); Pretrial Conference set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman; dft to remain in custody(COURT REPORTER: ANN BANTA)(INTERPRETER: JOHN ALEXANDER). (LKM)cc: COR, USM, USP, D, JC (Entered: 05/11/2007) |
| 05/11/2007 | 🌐 41 | GENERAL ORDER OF DISCOVERY as to Jamal A. Makhlouf, Abdullah M. Dahleh, Salah Mfarej . Signed by Judge James B Todd. (LKM)cc: COR (Entered: 05/11/2007) |
| 05/29/2007 | 🌐 42 | Receipt for Surrender of Passport to USP on 5/4/07 as to Hasna I.T. Dahla Passport Number CT340370 issued by Brazil. (LKM) (Entered: 05/30/2007) |
| 06/06/2007 | 🌐 43 | REQUEST FOR DISCOVERY by Hasna I.T. Dahla *under Rule 16(a)*, NOTICE of Intent to Use Evidence by Hasna I.T. Dahla *Rule 404(b)* (White, T.) (Entered: 06/06/2007) |
| 06/06/2007 | 🌐 44 | MOTION for Release of Brady Materials , MOTION for Jencks Act material as to Hasna I.T. Dahla. (White, T.) (Entered: 06/06/2007) |
| 06/25/2007 | 🌐 | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Hasna I.T. Dahla re 44 MOTION for Release of Brady Materials MOTION for Jencks Act material (LKM) (Entered: 06/25/2007) |

| 06/25/2007 | ⊙ 45 | MOTION for Rearraignment as to Abdullah M. Dahleh. (Attachments: # 1 Proposed Order)(Nash, Patrick) (Entered: 06/25/2007) |
| 06/26/2007 | ⊙ | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Abdullah M. Dahleh re 45 MOTION for Rearraignment (LKM) (Entered: 06/26/2007) |
| 06/26/2007 | ⊙ 46 | ORDER as to Abdullah M. Dahleh re 45 MOTION for Rearraignment filed by Abdullah M. Dahleh, ORDERED Rearraignment Hearing set for 6/29/2007 01:00 PM in Lexington before Jennifer B Coffman. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D, JC (Entered: 06/26/2007) |
| 06/26/2007 | ⊙ 47 | MOTION for Rearraignment as to Jamal A. Makhlouf. (Attachments: # 1 Proposed Order)(Gordon, Derek) (Entered: 06/26/2007) |
| 06/27/2007 | ⊙ | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Jamal A. Makhlouf re 47 MOTION for Rearraignment (LKM) (Entered: 06/27/2007) |
| 06/29/2007 | ⊙ 48 | ORDER as to Jamal A. Makhlouf re 47 MOTION for Rearraignment filed by Jamal A. Makhlouf, ORDERED Rearraignment set for 7/6/2007 11:30 AM in Lexington before Jennifer B Coffman. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D, JC (Entered: 06/29/2007) |
| 06/30/2007 | ⊙ 49 | MINUTE ENTRY FOR REARRAIGNMENT as to Abdullah M. Dahleh held on 6/29/2007 before Judge Jennifer B Coffman, oral motion to change plea GRANTED; GUILTY PLEA entered to ct 1s, plea agrmt submitted, court orders PSI, Sentencing set for 7/13/2007 04:00 PM in Lexington before Jennifer B Coffman, dft remanded to custody of USM.(COURT REPORTER: PEGGY WEBER) (LKM)cc: COR, USM, USP, D, JC (Entered: 07/02/2007) |
| 07/02/2007 | ⊙ 50 | PROPOSED PLEA AGREEMENT as to Abdullah M. Dahleh cc: COR, USP (LKM) (Entered: 07/02/2007) |
| 07/02/2007 | ⊙ 51 | ORDER to comply w/Sentencing Reform Act as to Abdullah M. Dahleh . Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP (Entered: 07/02/2007) |
| 07/03/2007 | ⊙ 52 | ORDER as to Salah Mfarej that Pretrial Conference set for 6/29/2007 is rescheduled to 7/3/2007 01:30 PM in Lexington before Jennifer B Coffman. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D (Entered: 07/03/2007) |
| 07/03/2007 | ⊙ 53 | TRANSCRIPT of Official Proceedings: as to Abdullah M. Dahleh, Salah Mfarej, Hasna I.T. Dahla REARRAIGNMENT held on 6/29/2007 before Judge JENNIFER B. COFFMAN. Court Reporter: CINDY OAKES. (LKM) (Entered: 07/03/2007) |
| 07/05/2007 | ⊙ 54 | Proposed Jury Instructions by Salah Mfarej (Hicks, Benjamin) (Entered: 07/05/2007) |
| 07/05/2007 | ⊙ 55 | MOTION to Dismiss by USA *Superseding Indictment* as to Hasna I.T. |

| | | |
|---|---|---|
| | | Dahla. (Attachments: # 1 Proposed Order)(Grant, John) (Entered: 07/05/2007) |
| 07/05/2007 | ⬤ 56 | Proposed Jury Instructions by USA as to Salah Mfarej (Grant, John) (Entered: 07/05/2007) |
| 07/05/2007 | ⬤ 59 | ORDER re:PRETRIAL CONFERENCE as to Salah Mfarej held on 7/5/2007 before Judge Jennifer B Coffman, ORDERED that the parties shall submit jury instructions no later than 7/6/07, FURTHER ORDERED that the court will seat 14 jurors; USA will have 7 strikes; dft will have 11 strikes. (COURT REPORTER: PEGGY WEBER)(INTERPRETER: JOHN SULLIVAN). (LKM)cc: COR, USM, USP (Entered: 07/06/2007) |
| 07/06/2007 | ⬤ | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Hasna I.T. Dahla re 55 MOTION to Dismiss by USA (KJR) (Entered: 07/06/2007) |
| 07/06/2007 | ⬤ 57 | ORDER as to Salah Mfarej - that the clerk shall engage at least 2 language skilled interpreters for the trial of this matter; clerk is authorized to exceed the fee schedule as set by the AO. Signed by Judge Jennifer B Coffman. (KJR)cc: COR, Interpreter Clerk (Entered: 07/06/2007) |
| 07/06/2007 | ⬤ 58 | PROPOSED PLEA AGREEMENT as to Jamal A. Makhlouf. cc: COR, USP (KJR) (Entered: 07/06/2007) |
| 07/06/2007 | ⬤ 60 | ORDER as to Hasna I.T. Dahla re 55 MOTION to Dismiss by USA, ORDERED that motion to dismiss superseding indictment as to Hasna I.T. Dahla is GRANTED and the superseding indictment as to Hasna I.T. Dahla is DISMISSED. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D, JC (Entered: 07/06/2007) |
| 07/06/2007 | ⬤ 61 | ORDER as to Salah Mfarej, ORDERED that the Clerk shall engage at least two interpreters for trial in this matter, FURTHER ORDERED, that the Clerk is HEREBY authorized to exceed the fee schedule as set by AO as may be necessary to secure the services of qualified Arabic interpreters. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, CJA (Entered: 07/06/2007) |
| 07/06/2007 | ⬤ 62 | MINUTE ENTRY FOR REARRAIGNMENT as to Jamal A. Makhlouf held on 7/6/2007 before Judge Jennifer B Coffman, oral motion to change plea GRANTED, GUILTY PLEA entered to count 1s and agrees to forfeiture of property set out in count 2, Sentencing set for 10/26/2007 01:30 PM in Lexington before Jennifer B Coffman, jury trial set for 7/9/07 is SET ASIDE, dft to remain on bond(COURT REPORTER: PEGGY WEBER)(INTERPRETER: IRENE ISHOO present to interpret the proceeding for dft Salah Mfarej who was also present at this hearing). (LKM)cc: COR, USM, USP, D, JC (Entered: 07/09/2007) |
| 07/09/2007 | ⬤ 63 | AMENDED MINUTE ENTRY FOR REARRAIGNMENT as to Jamal A. Makhlouf held on 7/6/2007 before Judge Jennifer B Coffman, oral motion to change plea GRANTED, GUILTY PLEA entered to count 1s, USA will move to dismiss counts 2s thru 24s of superseding indictment and original indictment at time of sentencing, Sentencing set for 10/26/2007 01:30 PM in Lexington before Jennifer B Coffman, jury trial set for 7/9/07 is SET |

| | | |
|---|---|---|
| | | ASIDE, dft to remain on bond. (COURT REPORTER: PEGGY WEBER) (INTERPRETER: IRENE ISHOO present for defendant Salah Mfarej who was present at this hearing and represented by counsel, Benjamin Hicks). (LKM)cc: COR, USM, USP, D, JC (Entered: 07/09/2007) |
| 07/09/2007 | | (Court only) Voir Dire begun on 7/9/2007 Salah Mfarej (3) on Count 14-24 (LKM) (Entered: 07/12/2007) |
| 07/10/2007 | ⬤ 64 | ORDER to comply w/Sentencing Reform Act as to Jamal A. Makhlouf . Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP (Entered: 07/10/2007) |
| 07/11/2007 | ⬤ 65 | MINUTE ENTRY FOR JURY TRIAL as to Salah Mfarej held on 7/9/2007 before Judge Jennifer B Coffman, jury impaneled, cont to 7/10/07 at 9:00 a.m. for further trial, dft remanded to custody (COURT REPORTER: PEGGY WEBER)(INTERPRETER: MAGDY RIZK and IRENE ISHOO). (LKM)cc: COR, USM, USP (Entered: 07/12/2007) |
| 07/11/2007 | ⬤ 66 | MINUTE ENTRY FOR JURY TRIAL as to Salah Mfarej held on 7/10/2007 before Judge Jennifer B Coffman, intro. of evidence for plf begun, continued to 7/11/07 at 9:00 a.m. for further trial, dft remanded to custody (COURT REPORTER: PEGGY WEBER)(INTERPRETER: MAGDY RIZK and IRENE ISHOO). (LKM)cc: COR, USM, USP (Entered: 07/12/2007) |
| 07/12/2007 | ⬤ 67 | Jury Notes as to Salah Mfarej (LKM) (Entered: 07/12/2007) |
| 07/12/2007 | ⬤ 68 | JURY VERDICT as to Salah Mfarej (3) Guilty on Count 14-24. (LKM) (Entered: 07/12/2007) |
| 07/12/2007 | ⬤ 69 | Jury Instructions as to Salah Mfarej (LKM) (Entered: 07/12/2007) |
| 07/12/2007 | ⬤ 70 | NOTICE of Return of Passport to Hasna I.T.Dahla (defendant not convicted) filed by the Probation Office. (LKM) (Entered: 07/13/2007) |
| 07/16/2007 | ⬤ 71 | Plea Agreement Accepted as to Abdullah M. Dahleh. cc: COR,USP (KJR) (Entered: 07/16/2007) |
| 07/17/2007 | ⬤ 72 | MINUTE ENTRY FOR SENTENCING as to Abdullah M. Dahleh held on 7/13/2007 before Judge Jennifer B Coffman : (1) No objections to Presentence Report; (2) Transcript shall be deemed as written findings of Court; (3) Judgment shall be entered; and (4) dft remanded to custody. (COURT REPORTER: RHONDA SANSOM) (JMW)cc: COR, USM, USP (Entered: 07/17/2007) |
| 07/18/2007 | ⬤ 73 | JUDGMENT UPON PLEA OF GUILTY as to Abdullah M. Dahleh (2), dft sentenced on count 1s to 10 MOS IMPR, 3 YRS. SUPER./REL., $100.00 SPECIAL ASSESSMENT, while on super./rel., dft shall not possess a firearm, destructive device or any other dangerous weapon; drug testing suspended, Counts 1, 21-22 of original indictment and 25s-28s of superseding indictment are DISMISSED ON MOTION OF UNITED STATES, defendant remanded to custody of USM. Signed by Judge Jennifer B Coffman. (LKM)(cc: Paper copy w/ NOE to COR & copy of SOR; Paper Copy to USM x 1 cert. copy; Paper Copy to USP x 2 cert. |

| | | copies w/ original SOR; electronic copy to Finance) (Entered: 07/18/2007) |
|---|---|---|
| 07/18/2007 | ● 74 | SEALED PSR Rule 32(C) info as to Abdullah M. Dahleh (LKM) (Entered: 07/19/2007) |
| 07/19/2007 | ● 75 | MOTION to Amend/Correct 73 Judgment,, as to Abdullah M. Dahleh. (Attachments: # 1 Proposed Order)(Nash, Patrick) (Entered: 07/19/2007) |
| 07/20/2007 | ● | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Abdullah M. Dahleh re 75 MOTION to Amend/Correct 73 Judgment (LKM) (Entered: 07/20/2007) |
| 07/21/2007 | ● 76 | MINUTE ENTRY FOR JURY TRIAL as to Salah Mfarej held on 7/11/2007 before Judge Jennifer B Coffman, intro. of evid. concluded, motion for jgmt of acquittal DENIED, Sentencing set for 10/26/2007 01:30 PM in Lexington before Jennifer B Coffman, dft remanded to custody of USM(COURT REPORTER: PEGGY WEBER)(INTERPRETER: MAGDY RIZK AND IRENE ISHOO). (LKM)cc: COR, USM, USP, D (Entered: 07/23/2007) |
| 07/25/2007 | ● 77 | ORDER as to Jamal A. Makhlouf, Salah Mfarej ORDERED that Sentencing set for 10/26/2007 at 1:30 p.m. is RESCHEDULED on 10/26/2007 at 10:00 AM in Lexington before Jennifer B Coffman.Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D (Entered: 07/25/2007) |
| 07/27/2007 | ● 78 | TRANSCRIPT of Proceedings as to Abdullah M. Dahleh: ARRAIGNMENT held on 5/1/07 before Judge James B. Todd. Court Reporter: Barbara McDermott. (JMW) (Entered: 07/30/2007) |
| 07/27/2007 | ● 79 | TRANSCRIPT of Proceedings as to Jamal A. Makhlouf: ARRAIGNMENT held on 5/1/07 before Judge James B. Todd. Court Reporter: Barbara McDermott. (JMW) (Entered: 07/30/2007) |
| 08/10/2007 | ● 80 | CJA 20 APPOINTMENT OF COUNSEL as to Jamal A. Makhlouf; Derek G. Gordon appointed as counsel of record (JMW) (Entered: 08/14/2007) |
| 08/20/2007 | | (Court only) SEALED ORDER as to Jamal A. Makhlouf . Signed by Judge Jennifer B Coffman. (LKM) (Entered: 08/20/2007) |
| 08/20/2007 | | (Court only) SEALED DOCUMENT in case as to Jamal A. Makhlouf. . Signed by Judge Jennifer B Coffman. (LKM) (Entered: 08/20/2007) |
| 08/20/2007 | ● 82 | ORDER as to Jamal A. Makhlouf for warrant for violation of conditions of pretrial release. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP (Entered: 09/17/2007) |
| 09/06/2007 | ● 81 | ORDER as to Jamal A. Makhlouf, Salah Mfarej that Sentencing set for 10/26/2007 is rescheduled to 10/25/2007 10:00 AM in Lexington before Jennifer B Coffman. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D (Entered: 09/06/2007) |
| 09/19/2007 | ● 83 | ORDER re: BOND REVOCATION HEARING as to Jamal A. Makhlouf held on 09/18/2007 before Judge James B Todd, dft present, in custody and |

| | | |
|---|---|---|
| | | represented by CJA atty, Derek Gordon, ORDERED: (1) this matter continued to 9/24/2007 10:30 AM in Lexington before Magistrate Judge James B Todd; (2) dft remanded to custody of USM (COURT REPORTER: RHONDA SANSOM) (LKM)cc: COR, USM, USP, D (Entered: 09/20/2007) |
| 09/19/2007 | 84 | Rule 40 Documents Received as to Jamal A. Makhlouf. Received certified copy of docket sheet and original documents filed in USDC/NDIL, Case No. 1:07-CR-554. (LKM) (Entered: 09/20/2007) |
| 09/19/2007 | | Arrest of Jamal A. Makhlouf in USDC/SDIL - Chicago Division. (LKM) (Entered: 09/20/2007) |
| 09/24/2007 | 85 | ORDER RE: REVOCATION HEARING of Pretrial Release as to Jamal A. Makhlouf held on 9/24/07 before Judge James B Todd : (1) the Court finds by clear and convincing evidence that dft did violate the conditions of pretrial release. The motion of the USA to revoke pretrial release is GRANTED and the pretrial release of dft is REVOKED. The Order of Release entered on 5/1/07 is SET ASIDE; (2) dft is remanded to custody of the USM pending further proceedings; and (3) the Activity Report of the Illinois Dept. of Revenue shall be FILED UNDER SEAL. (COURT REPORTER: ANN BANTA) (JMW)cc: COR, USM, USP, JBT (Entered: 09/24/2007) |
| 09/24/2007 | 86 | SEALED ACTIVITY REPORT of the Illinois Department of Revenue as to Jamal A. Makhlouf (Filed under seal pursuant to 85 Order). (JMW) (Entered: 09/24/2007) |
| 10/23/2007 | 87 | ORDER as to Jamal A. Makhlouf, Salah Mfarej that Sentencing currently set for 10/25/2007 is RESCHEDULED to 12/13/2007 02:00 PM in Lexington before Judge Jennifer B Coffman.. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP, D (Entered: 10/23/2007) |
| 11/15/2007 | 88 | ARREST Warrant Returned Executed on 04/25/2007 in case as to Jamal A. Makhlouf. (LKM) (Entered: 11/16/2007) |
| 11/16/2007 | 89 | ARREST Warrant Returned Executed on 09/18/07 in case as to Jamal A. Makhlouf. (LKM) (Entered: 11/16/2007) |
| 11/16/2007 | 90 | ORDER as to Jamal A. Makhlouf, ORDERED that dft Jamal Makhlouf shall be TRANSFERRED forthwith to the Federal Medical Centerl in Lexington for evaluation and if necessary, for treatment. Signed by Judge Jennifer B Coffman. (LKM)cc: COR, USM, USP (Entered: 11/16/2007) |
| 12/03/2007 | 91 | MOTION for Downward Departure from Sentencing Guidelines by USA as to Jamal A. Makhlouf. (Attachments: # 1 Proposed Order)(Grant, John) (Entered: 12/03/2007) |
| 12/04/2007 | | *** MOTION SUBMITTED TO CHAMBERS FOR REVIEW as to Jamal A. Makhlouf re 91 MOTION for Downward Departure from Sentencing Guidelines by USA (LKM) (Entered: 12/04/2007) |
| 12/12/2007 | 92 | ORDER as to Abdullah M. Dahleh re: dft's motion to amend the judgment, ORDERED: (1) the motion is GRANTED; (2) the court will enter an |

| | | |
|---|---|---|
| | | amended judgment containing a recommendation that Mr. Dahleh be incarcerated as close as possible to Chicago, IL. Signed by Judge Jennifer B Coffman on 12/12/2007. (LKM)cc: COR,USM,USP (Entered: 12/12/2007) |
| 12/14/2007 | 93 | ORDER re:SENTENCING as to Jamal A. Makhlouf, Salah Mfarej held on 12/14/2007 before Judge Jennifer B Coffman:, dft Salah Mfarej was present w/counsel, Benny Hicks, Derek Gordon was present for Jamal Makhlou, who was not present, oral motion by dft for a continuance of the detention hearing is GRANTED, FURTHER ORDERED that the sentencing hearing for dfts Jamal Makhlouf and Salah Mfarej is rescheduled to 1/16/2008 01:00 PM in Lexington before Judge Jennifer B Coffman; FURTHER ORDERED that FMC Lexington is directed to release dft Makhlouf to the custody of USM for transportation to sentencing hearing. (Court Reporter PEGGY WEBER.)(Interpreter IRENE ISHOO.) (LKM)cc: COR,USM,USP, D (Entered: 12/14/2007) |
| 12/19/2007 | 94 | AMENDED JUDGMENT as to Abdullah M. Dahleh amending original judgment to add recommendation to BOP that dft be incarcerated as close as possible to Chicago, IL. All other provisions of original remain the same. Signed by Judge Jennifer B Coffman on 12/19/2007. (LKM)cc: COR,USM,USP (Entered: 12/21/2007) |
| 01/14/2008 | | (Court only) ***Motions terminated as to Abdullah M. Dahleh: 75 MOTION to Amend/Correct 73 Judgment, (LKM) (Entered: 01/14/2008) |
| 01/16/2008 | 95 | MINUTE ENTRY FOR SENTENCING as to Jamal A. Makhlouf held on 1/16/2008 before Judge Jennifer B Coffman: no objections to presentence report; transcript shall be deemed as written findings of court; judgment shall be entered; dft remanded to custody. (Court Reporter PEGGY WEBER.)(Interpreter IRENE ISHOO.) (KJR)cc: COR, (Entered: 01/17/2008) |
| 01/16/2008 | 96 | MINUTE ENTRY FOR SENTENCING as to Salah Mfarej held on 1/16/2008 before Judge Jennifer B Coffman: no objections to presentence report; transcript shall be deemed as written findings of court; judgment shall be entered; dft remanded to custody. (Court Reporter PEGGY WEBER.)(Interpreter IRENE ISHOO.) (KJR)cc: COR, (Entered: 01/17/2008) |
| 01/17/2008 | 97 | Plea Agreement Accepted as to Jamal A. Makhlouf cc: COR,USP (LKM) (Entered: 01/17/2008) |
| 01/17/2008 | 98 | SEALED PRESENTENCE INVESTIGATION REPORT as to Jamal A. Makhlouf (LKM) (Entered: 01/17/2008) |
| 01/17/2008 | 99 | SEALED PSR Rule 32(C) info as to Jamal A. Makhlouf (LKM) (Entered: 01/17/2008) |
| 01/17/2008 | 100 | SEALED PSR Rule 32(C) info as to Salah Mfarej (LKM) (Entered: 01/17/2008) |
| 01/17/2008 | 101 | SEALED PRESENTENCE INVESTIGATION REPORT as to Salah Mfarej (LKM) (Entered: 01/17/2008) |
| | | |

| 01/18/2008 | 🌐 102 | JUDGMENT UPON PLEA OF GUILTY as to Jamal A. Makhlouf (1), dft sentenced on count 1s to 12 MOS AND 1 DAY IMPR, 2 YRS. SUPER./REL., $100.00 SPECIAL ASSESSMENT, $5,490.00 RESTITUTION, court recommends to BOP that dft be designated to facility nearest Chicago, IL, while on super./rel., dft shall not possess firearm and shall provide USP with access to any requested financial information, dft remanded to custody of USM, original indictment and counts 2s-24s of superseding indictment DISMISSED ON MOTION OF UNITED STATES. Signed by Judge Judge Jennifer B Coffman. (LKM)(cc: Paper copy w/ NOE to COR & copy of SOR; Paper Copy to USM x 1 cert. copy; Paper Copy to USP x 2 cert. copies w/ original SOR; electronic copy to Finance) (Entered: 01/18/2008) |
|---|---|---|
| 01/18/2008 | 🌐 103 | JUDGMENT UPON VERDICT OF GUILTY as to Salah Mfarej (3), defendant found GUILTY on Counts 14s-24s, dft sentenced to 15 MOS ON EACH OF COUNTS 14-24, TO BE SERVED CONCURRENTLY FOR A TOTAL TERM OF 15 MOS IMPR, 3 YRS. SUPER./REL. ON EACH OF COUNTS 14-24 TO BE SERVED CONCURRENTLY, FOR A TOTAL TERM OF 3 YRS. SUPER./REL., $100.00 SPECIAL ASSESSMENT ON EACH OF COUNTS 14-24 FOR A TOTAL OF $1,100.00 SPECIAL ASSESSMENT, court recommends to BOP that dft be designated to facility nearest Chicago, IL, while on super./rel., dft shall not possess firearm and shall provide USP with access to any requested financial information, dft remanded to custody of USM. Signed by Judge Judge Jennifer B Coffman. (LKM)(cc: Paper copy w/ NOE to COR & copy of SOR; Paper Copy to USM x 1 cert. copy; Paper Copy to USP x 2 cert. copies w/ original SOR; electronic copy to Finance) (Entered: 01/18/2008) |
| 01/18/2008 | 🌐 104 | Court Advice Re: Appeal by Salah Mfarej (STB) (Entered: 01/22/2008) |
| 06/27/2008 | 🌐 105 | ORDER Granting Transfer of Supervised Release as to Abdullah Dahleh. Signed by Judge Jennifer B Coffman on 6/2/2008. (Attachments: # 1 Cover Letter) (SCD)cc: COR,USP Modified to add Dft name on 6/30/2008 (SCD). (Entered: 06/30/2008) |